54

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

SUMMONS IN A CIVIL CASE

**07 C 6684**

TERRENCE J. HANCOCK, et al.

Docket Number: _____

Assigned Judge: _____

**JUDGE GOTTSCHALL**
**MAGISTRATE JUDGE VALDEZ**

V.

Designated Magistrate Judge: _____

SUTTON CONSTRUCTION CO., an Illinois corporation

TO: Sutton Construction Co.
c/o Jeanne M. Sutton, Registered Agent/President
11456 W. 192nd Street
Mokena, IL  60448

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEYS:

> Catherine M. Chapman
> Beverly P. Alfon
> Cecilia M. Scanlon
> BAUM SIGMAN AUERBACH & NEUMAN, LTD.
> 200 West Adams Street, Suite 2200
> Chicago, IL 60606-5231
> (312) 236-4316

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_____    _____
Michael W. Dobbins, Clerk          Date

_____
(by) Deputy Clerk

**Michael W. Dobbins, Clerk**

_____
(By) DEPUTY CLERK

[RECEIVED 2007 NOV 30 PM 3: WILL COUNTY SHERIFF'S OFFICE stamp]

November 28, 2007
----------------------------------
Date

```
CASE NUMBER. 016 2007-C -006684      001         WILL COUNTY SHERIFF'S OFFICE
----------------------------------------         =============== ATTORNEY ===============
                                                 BAUM SIGMAN AUERBACH & NEUMAN
TERRENCE J HANCOCK                               200 W. ADAMS STREET
       -VS-                                      SUITE 2200           PAI- DEC 03 2007
SUTTON CONSTRUCTION CO.                          CHICAGO, IL

============ DESCRIPTION ============            ========= ATTEMPTED SERVICES =========
                                                    DATE          TIME         BADGE #
SUMMONS & COMPLAINT

ISSUED: 12/ 3/07    EXPIRES: 12/25/07
FEES:      54.00    EVC/DEP:

======== PERSON TO BE SERVED =========
                                                 NOTES:
SUTTON CONSTRUCTION CO.                          C/O:   JEANNE M. SUTTON, REG. AGENT
11456 W. 192ND STREET
MOKENA, IL
```

I CERTIFY THAT I HAVE SERVED THE ATTACHED PROCESS ON THE DEFENDANT AS FOLLOWS:

(A) ___ PERSONAL SERVICE: BY LEAVING A COPY OF THE ___SUMM/COMP ___CITATION
    ___RULE ___ORDER ___SUBPEONA ___NOTICE ___JUDGEMENT
    ___SUMMONS/PETITION FOR ORDER OF PROTECTION ___ORDER OF PROTECTION.
    ___CIVIL NO-CONTACT ORDER.

(B) ✓ SUBSTITUTE SERVICE: BY LEAVING A COPY OF THE ___SUMM/COMP ___CITATION
    ___NOTICE ___JUDGEMENT ___ORDER OF POSSESSION AT THE USUAL PLACE OF
    ABODE WITH SOME PERSON OF THE FAMILY 13 YEARS OR OLDER AND INFORMING
    SAID PERSON OF THE CONTENTS. ALSO, A COPY OF THE WRIT WAS MAILED TO
    THE DEFENDANT AT HIS/HER USUAL PLACE OF ABODE ON _____ (date)

(C) ✓ SERVICE ON: ___CORPORATION ✓ COMPANY ___BUSINESS by leaving a
    COPY OF THE ✓ SUMM/COMP ___CITATION ___RULE ___ORDER ___NOTICE
    ___JUDGEMENT ___SUBPOENA WITH THE REGISTERED AGENT, AUTHORIZED PERSON
    OR PARTNER OF THE DEFENDANT.

(D) ___ OTHER SERVICE: ___CERTIFIED MAIL ___POSTING

(E) ___ THE NAMED DEFENDANT WAS NOT SERVED:
    ___MOVED          ___NOT LISTED       ___RETURNED BY ATTY.   ___EXPIRED
    ___NO CONTACT     ___NO SUCH ADDRESS  ___DECEASED            ___OTHER REASON

PERSON TO BE SERVED: Sutton Construction Co.
SERVING ADDRESS: 11456 W 192ND Street Mokena, IL
WRIT SERVED ON: Dan Sutton                       RELATIONSHIP: Reg Agents Spouse
    SEX M (M/F) RACE W  DOB 4-19-57 58
THIS 4TH DAY OF DEC       20 07  TIME 10:07 HOURS
PAUL J. KAUPAS, SHERIFF, BY _____      DEPUTY # 00-350
REMARKS: _____

MAG73371422