**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Terrence J Hancock, et al.
                          Plaintiff,

v.                                        Case No.: 1:07−cv−06684
                                                          Honorable Joan B. Gottschall

Sutton Construction Co.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, January 29, 2008:

      MINUTE entry before Judge Joan B. Gottschall: Pursuant to Notice of Voluntary Dismissal [10], this matter is dismissed without prejudice to the rights of Plaintiffs pursuant to FRCP 41(a)(1)(i). Status hearing set for 1/30/2008 is vacated. Civil case terminated. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.